**ORIGINAL**



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| BulkRegister.com, Inc. | * |
| Plaintiff(s) | * |
|  | Case No.: S-02-1673 |
| vs. | * |
| VeriSign, Inc. | * |
| Defendant(s) | |

\*\*\*\*\*\*

### MOTION FOR ADMISSION *PRO HAC VICE*

I, __Charles D. Ossola__, am a member in good standing of the bar of this Court. My bar number is __08329__. I am moving the admission of __Suzanne V. Wilson__ to appear *pro hac vice* in this case as counsel for __defendant VeriSign, Inc.__

We certify that:

1.  The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court for the State of California | June 1991 |
| USDC, Central District of California | January 30, 1992 |
| USDC, Northern District of California | June 14, 1994 |
| USDC, Southern District of California | May 13, 1999 |
| USDC, Eastern District of California | May 26, 1994 |
| US Court of Appeals, Federal Circuit | May 6, 1994 |
| US Court of Appeals, 9th Circuit | July 20, 1998 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied



admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or ___N/A_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Charles D. Ossola | Suzanne V. Wilson |
| Printed Name | Printed Name |
| Arnold & Porter | Arnold & Porter |
| Firm | Firm |
| 555 Twelfth Street NW | 1900 Avenue of the Stars, 17th Fl. |
| Address  Washington, DC 20004-1206 | Address  Los Angeles, CA 90067 |
| (202) 942-5000 | (310) 552-2500 |
| Telephone Number | Telephone Number |
| (202) 942-5999 | (310) 552-1191 |
| Fax Number | Fax Number |

************************************************************************

## ORDER

☒ GRANTED       ☐ DENIED

_____06/19/02_____                    _____[signature]_____
Date                                  United States District Judge