**ORIGINAL**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN 19  A 9: 36

$50 FEE PAID
#11846273
FEE NOT PAID
(SEND LETTER)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

AT BALTIMORE

BY _____ DEPUTY

BulkRegister.com, Inc.          *
         Plaintiff(s)            *
                                 *   Case No.: S-02-1673
         vs.                     *
                                 *
VeriSign, Inc.                   *
         Defendant(s)            *
                              ******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Charles D. Ossola__, am a member in good standing of the bar of this Court. My bar number is __08329__. I am moving the admission of __Victoria C. Shapiro__ to appear *pro hac vice* in this case as counsel for __defendant VeriSign, Inc.__.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| California Supreme Court | July 1, 1999 |
| U. S. Dist. Ct., Central Dist. of California | July 27, 1999 |
| U. S. Court of Appeals, 9th Cir. | September 27, 1999 |
|  |  |
|  |  |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.   The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.   Either the undersigned movant or ___N/A_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.   **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _____ Signature | _____ Signature |
| Charles D. Ossola Printed Name | Victoria C. Shapiro Printed Name |
| Arnold & Porter Firm | Arnold & Porter Firm |
| 555 Twelfth Street, NW Address Washington, DC 20004-1206 | 1900 Avenue of the Stars, 17th Floor Address Los Angeles, CA 90067-4403 |
| (202) 942-5000 Telephone Number | (310) 552-2500 Telephone Number    Prid 288469 |
| (202) 942-5999 Fax Number | (310) 552-1191    Plid 116889 Fax Number |

**********************************************************************

## ORDER

☒ GRANTED    ☐ DENIED

06/19/02
Date

_____
United States District Judge

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                                Page 2 of 2